James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

[Additional Attorneys on Signature Page]

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM J. ENDRESS, LEE FORD, GARY CLARK, and IRA BONDSTEEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, *et al.*,<br><br>Defendants. | Case No.: 3:21-CV-15508 (ZNQ) (LHG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntary dismiss without prejudice the above-titled action against Defendants. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiffs' dismissal of the Action is effective upon the filing of this notice and is without prejudice.

DATED: September 3, 2021

Respectfully submitted,

/s/ James E. Cecchi

Christopher A. Seeger
Christopher L. Ayers
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

James E. Cecchi
Caroline F. Bartlett
Jordan M. Steele
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com
jsteele@carellabyrne.com

W. Daniel ("Dee") Miles, III
H. Clay Barnett, III
J. Mitch Williams
**BEASLEY, ALLEN,
CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Facsimile: (855) 674-1818
dee.miles@beasleyallen.com
clay.barnett@beasleyallen.com
mitch.williams@beasleyallen.com

Joseph H. Meltzer
Melissa L. Troutner
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7756
jmeltzer@ktmc.com
mtroutner@ktmc.com

So Ordered this 7th day of September, 2021

Hon. Zahid N. Quraishi
United States District Judge

2